# MAYER•BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

August 21, 2012

**Michael O. Ware**
Direct Tel +1 212 506 2593
mware@mayerbrown.com

BY EMAIL

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St., Room 1610
New York, N.Y. 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/12

Re:   FHFA v. HSBC
      11 Civ. 6189 (DLC)

Dear Judge Cote:

We represent the defendants in this action. Earlier this summer we were joined on the record as co-counsel by several attorneys from the Boies Schiller firm. Going forward, however, the Boies Schiller attorneys will no longer serve in that capacity.

I therefore write on defendants' behalf to request pursuant to Local Civil R. 1.4 that the Court relieve the firm Boies, Schiller & Flexner LLP and individual attorneys Damien J. Marshall, Andrew Z. Michaelson, Edward J. Normand and Jonathan M. Shaw as counsel for the defendants; that the clerk be directed to terminate those attorneys' ECF noticing; and that Mr. Shaw's pro hac vice admission (DE 60) be terminated.

The action is in the discovery stage. Boies Schiller's withdrawal will cause no incremental delay as my Mayer Brown colleagues and I will continue to represent all defendants. Boies Schiller does not assert a retaining or charging lien.

Respectfully submitted,

*[signature]*

Michael O. Ware

*Granted.*
*[signature] Denise Cote*
*Aug. 28, 2012*

cc by email: All counsel

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.