**Production and Stipulation of Loan Files and Guidelines in Tranche 3 and 4**

August 16, 2013

VIA ELECTRONIC MAIL



The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Deutsche Bank AG, et al.*, 11 Civ. 6192, *FHFA v. Goldman Sachs & Co., et al.*, 11 Civ. 6198, and *FHFA v. Credit Suisse Holdings (USA), Inc., et al.*, 11 Civ. 6200 (collectively, the "Tranche 3 Actions"); *FHFA v. HSBC North America Holdings, Inc., et al.*, 11 Civ. 6189, *FHFA v. Barclays Bank PLC, et al.*, 11 Civ. 6190, *FHFA v. First Horizon National Corp., et al.*, 11 Civ. 6193, *FHFA v. Bank of America Corp., et al.*, 11 Civ. 6195, *FHFA v. Nomura Holding America, Inc., et al.*, 11 Civ. 6201, *FHFA v. SG Americas, Inc., et al.*, 11 Civ. 6203, *FHFA v. Morgan Stanley, et al.*, 11 Civ. 6739, and *FHFA v. Ally Financial, Inc., et al.*, 11 Civ. 7010 (collectively, the "Tranche 4 Actions")

Dear Judge Cote:

On behalf of Plaintiff Federal Housing Finance Agency ("FHFA"), we write to update the Court on the status of the production, identification, and stipulation of Loan Files and Guidelines in the Tranche 3 and 4 Actions, pursuant to the Supplemental Expert Scheduling Order dated February 27, 2013 (the "Supplemental ESO").[1]

**Status of Sample Loan File Production**

The status of Sample Loan File production to date in the Tranche 3 and 4 Actions is as follows:[2]

| Action | Tranche | Securitiz-ations | Original Sample Loans | Supp. Sample Loans | Total Sample Loans | Total Loan Files Produced and Identified |
|---|---|---|---|---|---|---|
| Credit Suisse | 3 | 43 | 4,900 | 612 | 5,512 | 4,865 |
| Deutsche Bank | 3 | 40 | 4,700 | 788 | 5,488 | 5,018 |
| Goldman Sachs | 3 | 40 | 4,000 | 880 | 4,880 | 4,245 |
| Morgan Stanley | 4 | 33 | 3,400 | 492 | 3,892 | 3,397 |
| BOA | 4 | 23 | 3,000 | 376 | 3,376 | 3,140 |

---

[1] Capitalized terms used in this status report are intended to have the same meaning as defined in the Supplemental ESO.

[2] These numbers reflect the Sample Loan Files received, processed, and matched by FHFA's vendor as of August 14, 2013.

The Honorable Denise L. Cote                                                August 16, 2013

| Action | Tranche | Securitiz-ations | Original Sample Loans | Supp. Sample Loans | Total Sample Loans | Total Loan Files Produced and Identified |
|---|---|---|---|---|---|---|
| Ally | 4 | 21 | 2,100 | 8 | 2,108 | 2,108 |
| HSBC | 4 | 17 | 1,800 | 0 | 1,800 | 1,800 |
| Barclays | 4 | 8 | 800 | 92 | 892 | 793 |
| Nomura | 4 | 7 | 700 | 84 | 784 | 778 |
| First Horizon | 4 | 5 | 500 | 0 | 500 | 494 |
| SG Americas | 4 | 3 | 400 | 0 | 400 | 400 |
| Totals | N/A | 240 | 26,300 | 3,332 | 29,632 | 27,038 |

As reflected in the table above, more than 27,000 out of approximately 29,600 Sample Loan Files—roughly 91 percent—have been identified and produced in the Tranche 3 and 4 Actions to date. As FHFA has informed the Court, certain third parties, including Nationstar Mortgage, LLC, Ocwen Loan Servicing, and Prospect Mortgage LLC, are continuing to produce outstanding Sample Loan Files in their possession. FHFA and Defendants have requested complete production of the outstanding Sample Loan Files possessed by these remaining third parties no later than August 30, 2013—a deadline FHFA and Defendants understand these third parties can meet. If any third party indicates that it is unable to meet that deadline, FHFA will promptly inform the Court.

**Status of Loan File and Guideline Stipulations**

FHFA believes that a sufficient number of Sample Loan Files either have been produced or will ultimately be produced for 226 of the 240 Securitizations at issue in the Tranche 3 and 4 Actions, such that it will not need to supplement its samples for those Securitizations.

Of these 226 Securitizations, the parties have completed the stipulation process for 169 Securitizations, which are identified on Exhibit 1. As to the remaining 57 Securitizations, which are listed on Exhibit 2, FHFA and the Bank of America, Credit Suisse, Deutsche Bank, Goldman Sachs, and Morgan Stanley Defendants jointly seek an extension of the deadline for production, identification and stipulation of Loan Files and Guidelines until August 30, 2013. This request is largely based upon delays in processing third-party productions. For example, given the size of a recent third-party production by Ocwen Loan Servicing, which was received on July 31, 2013, the parties were unable to exchange Loan File and Guideline matches in time to meet the Court's August 16, 2013 deadline.

FHFA has not yet identified a sufficient number of Sample Loan Files for the remaining 14 out of 240 Securitizations, which are listed on Exhibit 3. Following the completion of the parties' third-party discovery efforts, FHFA intends to assess the need to supplement these Securitizations. In order to allow FHFA to complete this process, FHFA requests an extension of the deadline for the production, identification, and stipulation of Loan Files and Guidelines in its samples for these 14 Securitizations until August 30, 2013. The Barclays, Credit Suisse, Deutsche Bank, Goldman Sachs, Morgan Stanley, and Nomura Defendants have agreed to this request.

The Honorable Denise L. Cote                                              August 16, 2013

       Finally, pursuant to paragraph 5 of the Court's June 11, 2013 Order Amending the Supplemental Expert Scheduling Order for Tranches 3 and 4, FHFA identified the Sample Loans and Supplemental Sample Loans that it currently anticipates re-underwriting for the 169 Securitizations for which it has completed the stipulation process. However, in light of the parties' ongoing third-party discovery efforts and stipulation process, FHFA requests an extension of the August 16, 2013 deadline until August 30, 2013 for the 71 Securitizations listed in Exhibits 2 and 3 to identify the Sample Loans and Supplemental Sample Loans that it intends to re-underwrite. The Bank of America, Barclays, Credit Suisse, Deutsche Bank, Goldman Sachs, Morgan Stanley, and Nomura Defendants agree to this request.

       FHFA is available to discuss this status report at the Court's request.

*So ordered.*

*/s/ Denise Cote*
*8/19/13*

The Honorable Denise L. Cote						August 16, 2013


Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. JP Morgan Chase & Co., FHFA v. Deutsche Bank AG, and FHFA v. Goldman, Sachs & Co.*


/s/ Christine H. Chung
Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. First Horizon National Corp., FHFA v. Bank of America Corp., and FHFA v. Credit Suisse Holdings (USA), Inc.*

/s/ Richard A. Schirtzer
Richard A. Schirtzer
(richardschirtzer@quinnemanuel.com)
Adam Abensohn
(adamabensohn@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc., and FHFA v. Nomura Holding America, Inc.*


/s/ Manisha M. Sheth
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. JP Morgan Chase & Co., FHFA v. Barclays Bank PLC, and FHFA v. Merrill Lynch & Co., Inc.*


/s/ Michael A. Hanin
Michael A. Hanin
(mhanin@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN, LLP
1633 Broadway
New York, New York 10019

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc., FHFA v. Morgan Stanley, and FHFA v. SG Americas, Inc.*


cc:     All Counsel of Record

**Production and Stipulation of Loan Files and Guidelines in Tranche 3 and 4**

**Exhibit 1**: (Securitizations for which the stipulation process has been completed and supplementation is not necessary).

| No. | Defendant | Securitization |
|---|---|---|
| 1. | Ally | RALI 2005-QO4 |
| 2. | Ally | RALI 2006-QO4 |
| 3. | Ally | RALI 2006-QO5 |
| 4. | Ally | RALI 2006-QO8 |
| 5. | Ally | RALI 2006-QO9 |
| 6. | Ally | RALI 2007-QH5 |
| 7. | Ally | RAMP 2005-EFC6 |
| 8. | Ally | RAMP 2005-EFC7 |
| 9. | Ally | RAMP 2005-NC1 |
| 10. | Ally | RAMP 2005-RS9 |
| 11. | Ally | RAMP 2006-RS1 |
| 12. | Ally | RASC 2005-EMX3 |
| 13. | Ally | RASC 2005-KS10 |
| 14. | Ally | RASC 2005-KS11 |
| 15. | Ally | RASC 2006-EMX8 |
| 16. | Ally | RASC 2006-EMX9 |
| 17. | Ally | RASC 2006-KS3 |
| 18. | Ally | RASC 2006-KS9 |
| 19. | Ally | RASC 2007-EMX1 |
| 20. | Ally | RASC 2007-KS2 |
| 21. | Ally | RASC 2007-KS3 |
| 22. | Barclays | AMSI 2005-R10 |
| 23. | Barclays | ARSI 2005-W3 |
| 24. | Barclays | ARSI 2005-W5 |
| 25. | Barclays | ARSI 2006-W2 |
| 26. | Barclays | CBASS 2007-CB2 |
| 27. | Barclays | FHLT 2005-D |
| 28. | Barclays | FHLT 2006-C |
| 29. | BoA | ABFC 2005-WMC1 |
| 30. | BoA | ABFC 2006-HE1 |
| 31. | BoA | ABFC 2006-OPT1 |
| 32. | BoA | ABFC 2006-OPT2 |
| 33. | BoA | ABFC 2006-OPT3 |
| 34. | BoA | ABFC 2007-WMC1 |
| 35. | BoA | BAFC 2006-G |
| 36. | BoA | BAFC 2006-H |
| 37. | BoA | BAFC 2007-A |
| 38. | BoA | BAFC 2007-C |

The Honorable Denise L. Cote                                                                          August 16, 2013

| No. | Defendant | Securitization |
|---|---|---|
| 39. | BoA | BOAA 2005-10 |
| 40. | BoA | BOAA 2005-11 |
| 41. | BoA | BOAA 2005-12 |
| 42. | BoA | BOAA 2006-1 |
| 43. | BoA | BOAA 2006-2 |
| 44. | BoA | BOAA 2006-3 |
| 45. | BoA | OOMLT 2005-5 |
| 46. | BoA | OOMLT 2007-FXD1 |
| 47. | BoA | OOMLT 2007-2 |
| 48. | BoA | OOMLT 2007-6 |
| 49. | BoA | OOMLT 2007-HL1 |
| 50. | BoA | STALT 2005-1F |
| 51. | Credit Suisse | ABSHE 2005-HE8 |
| 52. | Credit Suisse | ABSHE 2006-HE1 |
| 53. | Credit Suisse | ABSHE 2006-HE2 |
| 54. | Credit Suisse | ABSHE 2006-HE3 |
| 55. | Credit Suisse | ABSHE 2006-HE4 |
| 56. | Credit Suisse | ABSHE 2006-HE5 |
| 57. | Credit Suisse | ABSHE 2006-HE6 |
| 58. | Credit Suisse | ABSHE 2006-HE7 |
| 59. | Credit Suisse | ABSHE 2007-HE1 |
| 60. | Credit Suisse | ABSHE 2007-HE2 |
| 61. | Credit Suisse | AMSI 2005-R8 |
| 62. | Credit Suisse | AMSI 2006-R2 |
| 63. | Credit Suisse | ARMT 2005-10 |
| 64. | Credit Suisse | ARMT 2005-11 |
| 65. | Credit Suisse | ARMT 2005-12 |
| 66. | Credit Suisse | ARMT 2006-1 |
| 67. | Credit Suisse | CSFB 2005-11 |
| 68. | Credit Suisse | CSMC 2006-1 |
| 69. | Credit Suisse | CSMC 2007-NC1 |
| 70. | Credit Suisse | FHLT 2005-E |
| 71. | Credit Suisse | FMIC 2007-1 |
| 72. | Credit Suisse | HEAT 2005-8 |
| 73. | Credit Suisse | HEAT 2005-9 |
| 74. | Credit Suisse | HEAT 2006-3 |
| 75. | Credit Suisse | HEAT 2006-6 |
| 76. | Credit Suisse | HEAT 2006-7 |
| 77. | Credit Suisse | HEAT 2006-8 |
| 78. | Credit Suisse | HEAT 2007-2 |

The Honorable Denise L. Cote                                       August 16, 2013

| No. | Defendant | Securitization |
|---|---|---|
| 79. | Credit Suisse | HEAT 2007-3 |
| 80. | Credit Suisse | HEMT 2006-6 |
| 81. | Credit Suisse | INABS 2006-B |
| 82. | Credit Suisse | INABS 2006-C |
| 83. | Credit Suisse | INABS 2006-E |
| 84. | Credit Suisse | NCHET 2006-1 |
| 85. | Deutsche Bank | ACE 2005-AG1 |
| 86. | Deutsche Bank | ACE 2005-HE6 |
| 87. | Deutsche Bank | ACE 2005-HE7 |
| 88. | Deutsche Bank | ACE 2006-ASAP2 |
| 89. | Deutsche Bank | ACE 2006-ASAP3 |
| 90. | Deutsche Bank | ACE 2006-ASAP5 |
| 91. | Deutsche Bank | ACE 2006-CW1 |
| 92. | Deutsche Bank | ACE 2006-FM1 |
| 93. | Deutsche Bank | ACE 2006-FM2 |
| 94. | Deutsche Bank | ACE 2006-HE2 |
| 95. | Deutsche Bank | ACE 2006-HE3 |
| 96. | Deutsche Bank | ACE 2006-HE4 |
| 97. | Deutsche Bank | ACE 2006-NC1 |
| 98. | Deutsche Bank | ACE 2006-NC2 |
| 99. | Deutsche Bank | ACE 2006-NC3 |
| 100. | Deutsche Bank | ACE 2006-OP1 |
| 101. | Deutsche Bank | ACE 2006-OP2 |
| 102. | Deutsche Bank | ACE 2007-HE1 |
| 103. | Deutsche Bank | ACE 2007-HE3 |
| 104. | Deutsche Bank | ACE 2007-HE4 |
| 105. | Deutsche Bank | ACE 2007-HE5 |
| 106. | Deutsche Bank | ACE 2007-WM1 |
| 107. | Deutsche Bank | ACE 2007-WM2 |
| 108. | Deutsche Bank | DBALT 2007-OA4 |
| 109. | Deutsche Bank | INDX 2005-AR31 |
| 110. | Deutsche Bank | MHL 2007-1 |
| 111. | Deutsche Bank | NCHET 2006-2 |
| 112. | Deutsche Bank | NHEL 2007-1 |
| 113. | First Horizon | FHAMS 2005-AA10 |
| 114. | First Horizon | FHAMS 2005-AA11 |
| 115. | First Horizon | FHAMS 2005-AA12 |
| 116. | First Horizon | FHAMS 2005-AA9 |
| 117. | First Horizon | FHAMS 2006-AA1 |
| 118. | Goldman Sachs | ACCR 2005-4 |

The Honorable Denise L. Cote                                        August 16, 2013

| No. | Defendant | Securitization |
|---|---|---|
| 119. | Goldman Sachs | FFML 2005-FF11 |
| 120. | Goldman Sachs | FFML 2005-FF8 |
| 121. | Goldman Sachs | FFML 2006-FF13 |
| 122. | Goldman Sachs | FHLT 2006-E |
| 123. | Goldman Sachs | GSAA 2005-11 |
| 124. | Goldman Sachs | GSAA 1005-14 |
| 125. | Goldman Sachs | GSAA 2005-15 |
| 126. | Goldman Sachs | GSAA 2006-11 |
| 127. | Goldman Sachs | GSAA 2006-2 |
| 128. | Goldman Sachs | GSAA 2006-4 |
| 129. | Goldman Sachs | GSAA 2006-5 |
| 130. | Goldman Sachs | GSAA 2006-8 |
| 131. | Goldman Sachs | GSAMP 2005-AHL2 |
| 132. | Goldman Sachs | GSAMP 2005-WMC2 |
| 133. | Goldman Sachs | GSAMP 2005-WMC3 |
| 134. | Goldman Sachs | GSAMP 2006-FM1 |
| 135. | Goldman Sachs | GSAMP 2006-FM2 |
| 136. | Goldman Sachs | GSAMP 2006-FM3 |
| 137. | Goldman Sachs | GSAMP 2006-NC2 |
| 138. | Goldman Sachs | GSAMP 2007-FM1 |
| 139. | Goldman Sachs | GSAMP 2007-FM2 |
| 140. | Goldman Sachs | GSAMP 2007-NC1 |
| 141. | Goldman Sachs | GSR 2007-AR2 |
| 142. | Goldman Sachs | GSR 2007-OA1 |
| 143. | Goldman Sachs | GSR 2007-OA2 |
| 144. | HSBC | FFML 2006-FF1 |
| 145. | HSBC | FFML 2006-FF11 |
| 146. | HSBC | FFML 2006-FF5 |
| 147. | HSBC | FFML 2006-FF7 |
| 148. | HSBC | FFML 2006-FF9 |
| 149. | HSBC | HASC 2005-I1 |
| 150. | HSBC | HASC 2006-HE1 |
| 151. | HSBC | HASC 2006-HE2 |
| 152. | HSBC | HASC 2006-NC1 |
| 153. | HSBC | HASC 2006-OPT1 |
| 154. | HSBC | HASC 2006-OPT2 |
| 155. | HSBC | HASC 2006-OPT3 |
| 156. | HSBC | HASC 2006-OPT4 |
| 157. | HSBC | HASC 2007-HE1 |
| 158. | HSBC | HASC 2007-HE2 |

The Honorable Denise L. Cote                                                                August 16, 2013

| No. | Defendant | Securitization |
|---|---|---|
| 159. | HSBC | HASC 2007-OPT1 |
| 160. | HSBC | HASC 2007-WF1 |
| 161. | Nomura | NHELI 2006-FM1 |
| 162. | Nomura | NHELI 2006-FM2 |
| 163. | Nomura | NHELI 2006-HE3 |
| 164. | Nomura | NHELI 2007-1 |
| 165. | Nomura | NHELI 2007-2 |
| 166. | Nomura | NHELI 2007-3 |
| 167. | SocGen | SGMS 2006-FRE1 |
| 168. | SocGen | SGMS 2006-FRE2 |
| 169. | SocGen | SGMS 2006-OPT2 |

**Production and Stipulation of Loan Files and Guidelines in Tranche 3 and 4**

**Exhibit 2**: (Securitizations for which an extension of the stipulation process until August 30, 2013 is requested and supplementation is likely not necessary).

| No. | Defendant | Securitization |
|---|---|---|
| 1. | BoA | NSTR 2007-C |
| 2. | Credit Suisse | AMSI 2005-R11 |
| 3. | Credit Suisse | CSFB 2005-12 |
| 4. | Credit Suisse | HEAT 2006-1 |
| 5. | Credit Suisse | HEAT 2006-4 |
| 6. | Credit Suisse | HEAT 2006-5 |
| 7. | Credit Suisse | HEAT 2007-1 |
| 8. | Deutsche Bank | ACE 2005-ASAP1 |
| 9. | Deutsche Bank | ACE 2006-ASAP1 |
| 10. | Deutsche Bank | ACE 2006-ASAP4 |
| 11. | Deutsche Bank | ACE 2006-ASAP6 |
| 12. | Deutsche Bank | ACE 2006-HE1 |
| 13. | Deutsche Bank | ACE 2007-ASAP1 |
| 14. | Deutsche Bank | ACE 2007-ASAP2 |
| 15. | Deutsche Bank | ACE 2007-ASL1 |
| 16. | Deutsche Bank | ACE 2007-HE2 |
| 17. | Deutsche Bank | INDX 2006-AR9 |
| 18. | Deutsche Bank | RAST 2005-A15 |
| 19. | Goldman Sachs | AHMA 2006-1 |
| 20. | Goldman Sachs | GSAA 2007-6 |
| 21. | Goldman Sachs | GSAMP 2005-HE5 |
| 22. | Goldman Sachs | GSAMP 2006-HE8 |
| 23. | Goldman Sachs | GSAMP 2007-HE2 |
| 24. | Goldman Sachs | GSR 2006-OA1 |
| 25. | Goldman Sachs | INDX 2005-AR18 |
| 26. | Goldman Sachs | INDX 2005-AR27 |
| 27. | Morgan Stanley | MSAC 2005-HE5 |
| 28. | Morgan Stanley | MSAC 2005-HE6 |
| 29. | Morgan Stanley | MSAC 2006-HE3 |
| 30. | Morgan Stanley | MSAC 2006-HE5 |
| 31. | Morgan Stanley | MSAC 2006-HE6 |
| 32. | Morgan Stanley | MSAC 2006-HE8 |
| 33. | Morgan Stanley | MSAC 2006-NC3 |
| 34. | Morgan Stanley | MSAC 2006-NC4 |
| 35. | Morgan Stanley | MSAC 2007-HE1 |
| 36. | Morgan Stanley | MSAC 2007-HE5 |
| 37. | Morgan Stanley | MSAC 2007-HE7 |
| 38. | Morgan Stanley | MSAC 2007-NC1 |

The Honorable Denise L. Cote                                        August 16, 2013

| No. | Defendant | Securitization |
|---|---|---|
| 39. | Morgan Stanley | MSAC 2006-WMC2 |
| 40. | Morgan Stanley | MSC 2006-HE2 |
| 41. | Morgan Stanley | MSC 2006-NC2 |
| 42. | Morgan Stanley | MSHEL 2005-4 |
| 43. | Morgan Stanley | MSM 2005-10 |
| 44. | Morgan Stanley | MSM 2005-7 |
| 45. | Morgan Stanley | MSM 2006-2 |
| 46. | Morgan Stanley | MSM 2007-2AX |
| 47. | Morgan Stanley | MSM 2007-5AX |
| 48. | Morgan Stanley | MSM 2007-7AX |
| 49. | Morgan Stanley | NCHET 2005-B |
| 50. | Morgan Stanley | NCHET 2005-C |
| 51. | Morgan Stanley | NCHET 2005-D |
| 52. | Morgan Stanley | SAST 2005-3 |
| 53. | Morgan Stanley | SAST 2006-1 |
| 54. | Morgan Stanley | SAST 2006-2 |
| 55. | Morgan Stanley | SAST 2007-1 |
| 56. | Morgan Stanley | SAST 2007-2 |
| 57. | Morgan Stanley | SAST 2007-3 |

The Honorable Denise L. Cote                                                      August 16, 2013

**Exhibit 3**: (Securitizations for which FHFA anticipates that additional supplementation may be necessary).

| No. | Defendant | Securitization |
|---|---|---|
| 1. | Barclays | CBASS 2006-CB1 |
| 2. | Credit Suisse | AHMA 2005-1 |
| 3. | Credit Suisse | FMIC 2005-3 |
| 4. | Credit Suisse | HEAT 2005-7 |
| 5. | Deutsche Bank | ACE 2007-SL1 |
| 6. | Goldman Sachs | GSAMP 2005-HE6 |
| 7. | Goldman Sachs | GSAMP 2006-HE3 |
| 8. | Goldman Sachs | GSAMP 2006-HE4 |
| 9. | Goldman Sachs | GSAMP 2006-HE5 |
| 10. | Goldman Sachs | GSAMP 2006-HE7 |
| 11. | Goldman Sachs | GSAMP 2007-HE1 |
| 12. | Morgan Stanley | AMIT 2005-4 |
| 13. | Morgan Stanley | MSM 2006-16AX |
| 14. | Nomura | NAA 2005-AR6 |