S IMPSON  T HACHER  & B ARTLETT LLP

425 L EXINGTON  A VENUE
N EW  Y ORK , NY 10017-3954
(212) 455-2000

———

F ACSIMILE  (212) 455-2502

D IRECT  D IAL  N UMBER      E-M AIL  A DDRESS
(212) 455-3073     afrankel@stblaw.com

BY ECF        October 1, 2013

Re: *FHFA v. JPMorgan Chase & Co., et al.*, 11 Civ. 6188 (DLC) And All Coordinated Cases

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Cote:

     I write on behalf of all defendants in the above-referenced actions (collectively "Defendants") in response to the September 17, 2013 cover letter from Philippe Z. Selendy, Eric Bruce, and Kanchana Wangkeo Leung pertaining to FHFA's proposed redactions to the Dunlap Declaration and exhibits accompanying FHFA's Memorandum in Opposition to Defendants' Motion to Compel Production of Documents Withheld on the Basis of the Bank Examination and Deliberative Process Privileges.

     Defendants concur in FHFA's proposed redactions of the entirety of Exhibits 1, 6, 9, 12, 13, and 14 to the Dunlap Declaration, as well as paragraphs 7 and 10 of the Dunlap Declaration and footnotes 6 through 11 of Exhibit 18 thereto. Defendants do not believe any additional redactions are necessary related to FHFA's recent filing.

     Thank you for Your Honor's consideration regarding this matter.

SIMPSON THACHER & BARTLETT LLP

Hon. Denise L. Cote                                -2-                                October 1, 2013

                                          Respectfully submitted,

/s/ Andrew T. Frankel_____
Thomas C. Rice (trice@stblaw.com)                 Bruce Clark (clarkb@sullcrom.com)
David J. Woll (dwoll@stblaw com)                  SULLIVAN & CROMWELL LLP
Andrew T. Frankel (afrankel@stblaw.com)           125 Broad Street
Alan C. Turner (aturner@stblaw.com)               New York, NY  10004
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue                              Amanda F. Davidoff
New York, NY  10017-3954                          (davidoffa@sullcrom.com)
                                                  SULLIVAN & CROMWELL LLP
*Attorneys for Defendants Deutsche Bank AG,*      1701 Pennsylvania Avenue, N.W.
*Taunus Corporation, Deutsche Bank Securities*    Washington, DC  20006
*Inc., DB Structured Products, Inc., ACE*
*Securities Corp., MortgageIT Securities Corp.*   *Attorneys for Defendants Nomura Securities*
                                                  *International, Inc., Nomura Holding America*
Thomas C. Rice (trice@stblaw.com)                 *Inc., Nomura Asset Acceptance Corporation,*
David J. Woll (dwoll@stblaw.com)                  *Nomura Home Equity Loan, Inc., Nomura*
Andrew T. Frankel (afrankel@stblaw.com)           *Credit & Capital, Inc., David Findlay, John*
Alan Turner (aturner@stblaw.com)                  *McCarthy, John P. Graham, Nathan Gorin, and*
SIMPSON THACHER & BARTLETT LLP                    *N. Dante LaRocca*
425 Lexington Avenue
New York, NY  10017

*Attorneys for Defendant RBS Securities Inc.*

SIMPSON THACHER & BARTLETT LLP

Hon. Denise L. Cote -3- October 1, 2013

| | |
|---|---|
| Penny Shane (shanep@sullcrom.com)<br>Sharon L. Nelles (nelless@sullcrom.com)<br>Jonathan M. Sedlak (sedlakj@sullcrom.com)<br>Yavar Bathaee (bathaeey@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation and certain of the Individual Defendants* | Richard W. Clary (rclary@cravath.com)<br>Richard J. Stark (rstark@cravath.com)<br>Michael T. Reynolds (mreynolds@cravath.com)<br>Lauren A. Moskowitz (lmoskowitz@cravath.com)<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019<br><br>*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, Zev Kindler, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter* |
| Richard H. Klapper (klapperr@sullcrom.com)<br>Theodore Edelman (edelmant@sullcrom.com)<br>Michael T. Tomaino, Jr. (tomainom@sullcrom.com)<br>Tracy Richelle High (hight@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br><br>*Attorneys for Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Peter C. Aberg, Howard S. Altarescu, Robert J. Christie, Kevin Gasvoda, Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, Mark Weiss* | John M. Conlon (jconlon@mayerbrown.com)<br>Mark S. Hanchet (mhanchet@mayerbrown.com)<br>Michael O. Ware (mware@mayerbrown.com)<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY  10019<br><br>*Attorneys for Defendants HSBC North America Holdings Inc., HSBC USA Inc., HSBC Markets (USA) Inc., HSBC Bank USA, NA., HSI Asset Securitization Corporation* |

SIMPSON THACHER & BARTLETT LLP

Hon. Denise L. Cote -4- October 1, 2013

| | |
|---|---|
| Bruce Clark (clarkb@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br><br>Amanda F. Davidoff<br>(davidoffa@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br><br>*Attorneys for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, First Horizon Asset Securities, Inc., Gerald L. Baker, Peter F. Makowiecki, Charles G. Burkett, and Thomas J. Wageman* | James P. Rouhandeh<br>Brian S. Weinstein<br>Daniel J. Schwartz<br>Nicholas N. George<br>Jane M. Morril<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (successor-in-interest to Morgan Stanley Mortgage Capital Inc.), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC, Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, David R. Warren, and Steven S. Stern* |
| Pamela Rogers Chepiga<br>(pamela.chepiga@allenovery.com)<br>Josephine A. Cheatham<br>(allie.cheatham@allenovery.com)<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br><br>*Attorneys for Samuel L. Molinaro, Jr.* | Richard A. Edlin (edlinr@gtlaw.com)<br>Ronald D. Lefton (leftonr@gtlaw.com)<br>Candace Camarata (camaratac@gtlaw.com)<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212-801-9200<br><br>*Attorneys for Defendant Jeffrey Mayer* |

S IMPSON T HACHER & B ARTLETT LLP

Hon. Denise L. Cote                                -5-                             October 1, 2013

| | |
|---|---|
| Reginald R. Goeke (rgoeke@mayerbrown.com) <br> Catherine A. Bernard <br> (cbernard@mayerbrown.com) <br> MAYER BROWN LLP <br> 1999 K St., N.W. <br> Washington, D.C.  20006 | Jay B. Kasner (jay.kasner@skadden.com) <br> Scott Musoff (scott.musoff@skadden.com) <br> George Zimmerman <br> (george.zimmerman@skadden.com) <br> Robert A. Fumerton <br> (robert.fumerton@skadden.com) <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Michael O. Ware (mware@mayerbrown.com) <br> MAYER BROWN LLP <br> 1675 Broadway <br> New York, NY 10019 | Four Times Square <br> New York, NY  10036 |
| *Attorneys for Ally Financial Inc. and GMAC Mortgage Group, Inc.* | *Attorneys for SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., and SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa* |
| Sandra D. Hauser <br> (sandra.hauser@snrdenton.com) <br> SNR DENTON US LLP <br> 1221 Avenue of the Americas <br> New York, New York 10020 | Matthew Solum <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Avenue <br> New York, NY 10022 <br> (212) 446-4800 |
| *Attorney for Matthew Perkins* | Robert J. Kopecky <br> Devon M. Largio <br> KIRKLAND & ELLIS LLP |
| David H. Braff (braffd@sullcrom.com) <br> Brian T. Frawley (frawleyb@sullcrom.com) <br> Jeffrey T. Scott (scottj@sullcrom.com) <br> S ULLIVAN & C ROMWELL LLP <br> 125 Broad Street <br> New York, New York  10004 <br> (212) 558-4000 | 300 North LaSalle Street <br> Chicago, IL 60654 <br> (312) 862-2000 <br><br> Jeffrey S. Powell <br> Patrick M. Bryan <br> KIRKLAND & ELLIS LLP <br> 655 Fifteenth Street, N.W. <br> Washington, DC 20005 <br> (202) 879-5000 |
| *Attorneys for Defendants Barclays Bank plc, Barclays Capital Inc., Securitized Asset Backed Receivables LLC, Michael Wade, John Carroll, and Paul Menefee* | *Attorneys for Ally Securities, LLC* |

S IMPSON T HACHER & B ARTLETT LLP

Hon. Denise L. Cote -6- October 1, 2013

| | |
|---|---|
| Joel C. Haims (jhaims@mofo.com)<br>LaShann M. DeArcy (ldearcy@mofo.com)<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br><br>*Attorneys for Tom Marano and Michael Nierenberg* | David Blatt (dblatt@wc.com)<br>John McNichols (jmcnichols@wc.com)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br><br>*Attorneys for Bank of America Corporation; Bank of America, N.A.; Asset Backed Funding Corp.; Banc of America Funding Corp.; Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial Corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Inc.* |
| Dani R. James (djames@kramerlevin.com)<br>Jade A. Burns (jburns@kramerlevin.com)<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br><br>*Attorneys for Defendant Jeffrey L. Verschleiser* | Daniel C. Zinman (dzinman@rkollp.com)<br>H. Rowan Gaither (rgaither@rkollp.com)<br>Matthew M. Riccardi (mriccardi@rkollp.com)<br>RICHARDS KIBBE & ORBE LLP<br>One World Financial Center<br>New York, NY 10281<br><br>*Attorneys for George C. Carp, Robert Caruso, George E. Ellison, Adam D. Glassner, Daniel B. Goodwin, Juliana Johnson, Michael J. Kula, William L. Maxwell, Mark I. Ryan, and Antoine Schetritt; Matthew Whalen, Brian Sullivan, Michael McGovern, Donald Puglisi, Paul Park, and Donald Han* |