KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

(212) 506-1700

FACSIMILE: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

KANCHANA WANGKEO LEUNG
(212) 506-1805
KLEUNG@KASOWITZ.COM

November 12, 2013

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re: *FHFA Actions*, No. 11-cv-6202, *et al.*, (S.D.N.Y.) (DLC)

Dear Judge Cote:

We write on behalf of FHFA regarding its Motion for Partial Summary Judgment on Defendants' Loss Causation Defense Under the Virginia and D.C. Blue Sky Laws ("FHFA's Motion"). Defendants filed their opposition on November 1, 2013, and FHFA's reply brief in further support of its Motion is due on November 18, 2013. FHFA respectfully requests a four-day extension, until November 22, 2013, to file its reply brief. The requested extension will allow FHFA to file its reply brief at the same time that it files its opposition to Defendants' Motion to Certify to the Virginia Supreme Court. The parties have met and conferred, and Defendants do not object to FHFA's request for an extension.

In addition, pursuant to this Court's Order dated November 7, 2013, the parties have met and conferred to determine whether there should be any redactions to Defendants' Memorandum of Law in Opposition to FHFA's Motion, and the accompanying Declaration and Exhibits (the "Materials"). FHFA is not requesting that such Materials be redacted.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

Granted.
/s/ Denise Cote
11/13/13

/s/ Kanchana Wangkeo Leung

Kanchana Wangkeo Leung

MEMO ENDORSED

cc: Counsel of record