# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

April 25, 2014

**Michael O. Ware**
Direct Tel +1 212 506 2593
mware@mayerbrown.com

BY ECF

**MEMO ENDORSED**

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

4/25/14

Re:   FHFA. v. HSBC
      11 Civ. 6189 (DLC)

Dear Judge Cote:

We are co-counsel with Boies, Schiller & Flexner LLP for the defendants in this action. One of our associates, Drew J.M. Bradylyons, has left the firm. I write pursuant to Local Civil Rule 1.4 to request that the Court relieve Mr. Bradylyons as an attorney for the defendants and direct the Clerk to terminate his ECF noticing. The Mayer Brown and Boies Schiller teams will continue to defend the case and the withdrawal of Mr. Bradylyons will have no effect on the future conduct of the litigation.

Respectfully Submitted,

Michael O. Ware

Granted. The Clerk of Court shall take appropriate action. Denise Cote 4/25/14

cc:   All counsel by email.

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.