**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

April 30, 2014                                  Letter re: Admissibility of Loan Files and Guidelines

<u>VIA ECF</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

4/30/2014

Re:   FHFA Actions

Dear Judge Cote:

We write on behalf of the Plaintiff Federal Housing Finance Agency ("FHFA") to respond to the April 25, 2014 letter submitted by the Goldman Sachs Defendants ("Goldman") responding to FHFA's April 22, 2014 letter regarding the admissibility of Loan Files and Guidelines.

In meet-and-confer discussions, including conversations postdating the email attached to Goldman's April 25 letter, Goldman took the position that it would not stipulate to the authenticity or admissibility of Loan Files or Guidelines produced by third parties. In its April 25 letter, however, Goldman expresses openness to stipulations as to the authenticity and admissibility of such Loan Files and Guidelines, at least for some purposes. In light of this new positive development, FHFA believes FHFA and Goldman should engage in additional meet-and-confer discussions to negotiate a stipulation or stipulations to be presented to the Court by May 9, 2014, at which point either party may also request any additional relief it believes is necessary.

In response to the April 25, 2014 letters submitted by the other Defendants, FHFA has also initiated discussions with each of them. FHFA proposes the same process apply in each case, with stipulations presented to the Court by May 9, 2014 along with any requests for relief that any party believes remains necessary at that time.

Granted.

Denise Cote
April 30, 2014

Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Goldman, Sachs & Co.*

/s/ Richard A. Schirtzer
Richard A. Schirtzer
(richardschirtzer@quinnemanuel.com)
Adam Abensohn
(adamabensohn@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc. and FHFA v. Nomura Holding America, Inc.*

/s/ Manisha M. Sheth
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Goldman, Sachs & Co.*

/s/ Kanchana Wangkeo Leung
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN, LLP
1633 Broadway
New York, New York 10019

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc.*

cc: Counsel of record (via ECF)