# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-293-6330
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

NEW YORK • LOS ANGELES • PALO ALTO
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

5/5/2014

May 5, 2014

Via Hand Delivery

**MEMO ENDORSED**

Hon. Denise L. Cote,
    United States District Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street, Room 1610,
                New York, New York 10007-1312.

Re:   *FHFA v. Nomura Holding America Inc., et al.*, No. 11-cv-6201 (S.D.N.Y.)

Dear Judge Cote:

We write in response to the Court's April 23, 2014 order that we identify any materials from FHFA's April 22, 2014 Motion for Partial Summary Judgment that Defendants request remain under seal. The parties have met and conferred and FHFA does not object to Nomura's request.

Consistent with Sections 2.6 and 9 of the First Amended Protective Order dated January 11, 2013, Nomura proposes to redact the home addresses of two former Nomura employees to protect their privacy. This information is set forth in Exhibits 21 and 22. Pursuant to your Honor's individual practices, we attach the relevant documents.

Granted.
*Denise Cote*
May 5, 2014

Respectfully submitted,

*Amanda Davidoff/O.R.L.*

Amanda F. Davidoff

(Enclosures)

cc:   Counsel of Record