UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
                                                             :   11 Civ. 6189 (DLC)
                                                             :
FEDERAL HOUSING FINANCE AGENCY,                              :   PLAINTIFF'S RESPONSE TO THE
etc.,                                                        :   HSBC DEFENDANTS' RULE 56.1
                                                             :   STATEMENT OF MATERIAL
                        Plaintiff,                           :   FACTS ON MOTION FOR
              v.                                             :   SUMMARY JUDGMENT ON THE
                                                             :   STATUTES OF REPOSE
HSBC NORTH AMERICA HOLDINGS,                                 :
INC., et al.,                                                :
                                                             :
                        Defendants.                          :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x
```

Pursuant to Civil Rule 56.1 of the Local Rules of Civil Procedure for the Southern District of New York, Plaintiff Federal Housing Finance Agency ("FHFA"), as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac" and, together with Fannie Mae, the "GSEs"), respectfully submits the following Response to the HSBC Defendants' Rule 56.1 Statement of Material Facts on Motion for Summary Judgment on the Statutes of Repose.

### I. THE GSES' PURCHASE OF THE HSBC CERTIFICATES

1. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

2. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

3. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

4. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

5. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

6. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

7. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

8. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

9. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

10. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

11. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

12. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

13. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

14. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

15. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

16. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

17. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

18. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

19. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

**II. FHFA'S LAWSUIT AGAINST HSBC**

20. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

21. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

22. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

23. For the purposes of this motion only, and without waiving its right to later contest the facts alleged in this paragraph, FHFA does not dispute the facts alleged in this paragraph.

Respectfully submitted,

DATED: New York, New York
July 9, 2014

By: /s/ Philippe Z. Selendy
Philippe Z. Selendy
Kathleen M. Sullivan
Adam M. Abensohn
David B. Schwartz
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency,
as Conservator for Fannie Mae and Freddie Mac*

4