August 12, 2014

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:  *FHFA v. HSBC N. Am. Holdings, Inc.*, No. 11 Civ. 6189 (S.D.N.Y.) (DLC);
     *FHFA v. Goldman, Sachs & Co.*, No. 11 Civ. 6198 (S.D.N.Y.) (DLC);
     *FHFA v. Ally Fin. Co.*, No. 11 Civ. 7010 (S.D.N.Y.) (DLC)

Dear Judge Cote:

   We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding the Court's August 11, 2014 Memo Endorsement of Defendants' August 5, 2014 Letter (No. 11 Civ. 6189 Dkt. 882), which orders the parties to submit proposed redactions to Defendants' motion to exclude certain pieces of anticipated testimony by one of FHFA's experts, Dr. John A. Kilpatrick, to the Court by Tuesday, August 12.  In light of the volume of the materials submitted in support of the motion and the nature of certain of those materials, FHFA requests that the parties be given until Thursday, August 14, to submit proposed redactions to the Court.  We have met and conferred with Defendants, and they do not object to this request.

Respectfully submitted,

| /s/ Sascha N. Rand | /s/ Christopher P. Johnson |
|---|---|
| Philippe Z. Selendy | Christopher P. Johnson |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP |
| 51 Madison Avenue, 22nd Floor | 1633 Broadway |
| New York, NY 10010-1601 | New York, NY 10019 |
| (212) 506-1700 | (212) 506-1700 |
| *Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC N. Am. Holdings, Inc. and FHFA v. Goldman, Sachs & Co.* | *Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Fin. Co.* |