August 18, 2014

<u>**VIA ECF**</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:     *FHFA v. HSBC N. Am. Holdings Inc.*, No. 11 Civ. 6189 (S.D.N.Y.) (DLC);
        *FHFA v. Goldman, Sachs & Co.*, No. 11 Civ. 6198 (S.D.N.Y.) (DLC);
        *FHFA v. Ally Fin. Co.*, No. 11 Civ. 7010 (S.D.N.Y.) (DLC)

Dear Judge Cote:

        We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding
two motions that FHFA electronically mailed to the Court on August 15, 2014, in connection
with the subject actions:  (1) Motion to Exclude the Opinions and Testimony of Defendants'
Expert Ethan Cohen-Cole, Ph.D. (*HSBC N. Am. Holdings Inc.* (Dkt. 899)); and (2) Motion to
Exclude the Expert Testimony of Stephen G. Ryan (*HSBC N. Am. Holdings Inc.* (Dkt. 898);
*Goldman, Sachs & Co.* (Dkt. 858); *Ally Fin. Co.* (Dkt. 999)).

        As materials referenced in and attached to these submissions contain information
designated by the parties as "Confidential" or "Highly Confidential" pursuant to the First
Amended Protective Order, we request that the Court provide the parties until Friday, August 22
to meet and confer about proposed redactions, and jointly submit to the Court a list of proposed
redactions on August 29.  The parties have met and conferred, and the defendants in the subject
actions consent to the proposed schedule.


Respectfully submitted,


 /s/ Sascha N. Rand                                    /s/  Christopher P. Johnson

Sascha N. Rand                                         Christopher P. Johnson
QUINN EMANUEL URQUHART &                               KASOWITZ, BENSON, TORRES &
SULLIVAN, LLP                                          FRIEDMAN, LLP
51 Madison Avenue, 22nd Floor                          1633 Broadway
New York, NY 10010-1601                                New York, NY 10019
(212) 506-1700                                         (212) 506-1700

*Attorney for Plaintiff Federal Housing Finance*       *Attorney for Plaintiff Federal Housing*
*Agency in FHFA v. Goldman, Sachs & Co. and*           *Finance Agency in FHFA v. Ally Fin. Co.*
*FHFA v. HSBC N. Am. Holdings Inc.*