UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br>              Plaintiff, <br><br>              -against- <br><br>HSBC NORTH AMERICA HOLDINGS INC., HSBC USA INC., HSBC MARKETS (USA) INC., HSBC BANK USA, N.A., HSI ASSET SECURITIZATION CORP., HSBC SECURITIES (USA) INC., NEAL LEONARD, GERARD MATTIA, TODD WHITE, and JON VOIGTMAN, <br><br>              Defendants. | **No. 11 CIV. 6189 (DLC)** |

## NOTICE OF MOTION FOR PLAINTIFF FHFA'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DEFENDANTS' EXPERT CHARLES GRICE

PLEASE TAKE NOTICE that Plaintiff Federal Housing Finance Agency ("FHFA"), as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac" and, together with Fannie Mae, the "GSEs"), by its attorneys, Quinn Emanuel Urquhart & Sullivan, LLP, upon the Declaration of Jonathan B. Oblak, Esq., dated August 22, 2014, and the exhibits attached thereto; and Plaintiff FHFA's Memorandum in Support of Its Motion to Exclude the Opinions and Testimony of Defendants' Expert Charles Grice, hereby moves before this Court for an Order excluding the opinions and testimony of Defendants' expert Charles Grice, and for such other and further relief as the Court may deem just and proper.

DATED:   New York, New York
         August 22, 2014

By: /s/ Philippe Z. Selendy
Philippe Z. Selendy
Christine H. Chung
Sascha N. Rand
Jonathan B. Oblak
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000