UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br><br>    -against-<br><br>HSBC NORTH AMERICA HOLDINGS INC., HSBC USA INC., HSBC MARKETS (USA) INC., HSBC BANK USA, N.A., HSI ASSET SECURITIZATION CORPORATION, HSBC SECURITIES (USA) INC., NEAL LEONARD, GERARD MATTIA, TODD WHITE, and JON VOIGTMAN,<br><br>      Defendants. | NOTICE OF PLAINTIFF FHFA'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DEFENDANTS' EXPERT FRANK LUCCO AND RESPONSE TO HSBC DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF FHFA EXPERT JOHN A. KILPATRICK PH.D. CONCERNING VALUATION DUE DILIGENCE<br><br>No. 11 CIV. 6189 (DLC) |

  PLEASE TAKE NOTICE that Plaintiff Federal Housing Finance Agency ("FHFA"), as Conservator for the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac" and, together with Fannie Mae, the "GSEs"), by its attorneys, Quinn Emanuel Urquhart & Sullivan, LLP, upon the respective Declaration of Jonathan Eser, Esq., dated August 22, 2014, and the exhibits attached thereto, and the accompanying Plaintiff's Memorandum in Support of Motion to Exclude the Opinions and Testimony of Defendants' Expert Frank Lucco and Response to HSBC Defendants' Motion to Exclude Testimony of FHFA Expert John A. Kilpatrick Ph.D. Concerning Valuation Due Diligence, dated August 22, 2014, hereby moves before this Court for an Order excluding the opinions and testimony of Defendants' expert Frank Lucco and allowing the opinions and

testimony of FHFA expert John Kilpatrick, Ph.D., and for such other and further relief as the Court may deem just and proper.

DATED:   New York, New York
         August 22, 2014

QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

By: /s/ Philippe Z. Selendy
    Philippe Z. Selendy
    Christine H. Chung
    Sascha N. Rand
    Jonathan B. Oblak

51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency, as Conservator for Fannie Mae and Freddie Mac*