**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

**MEMO ENDORSED**

WRITER'S DIRECT DIAL NO.
**(212) 849-7260**

WRITER'S INTERNET ADDRESS
**philippeselendy@quinnemanuel.com**

August 25, 2014

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

[stamp, partially legible]
...UMENT
...CTRONICALL...
...
8/26/2014

Re:   *FHFA v. HSBC N. Am. Holdings, Inc.*, 11 Civ. 6189 (DLC); *FHFA v. Nomura Holding Am. Inc.*, No. 11 Civ. 6201 (DLC)

Dear Judge Cote:

We write on behalf of the Plaintiff Federal Housing Finance Agency ("FHFA") regarding proposed redactions to the materials supporting FHFA's Motion for Partial Summary Judgment on the Statute of Limitations (the "Motion"), which will be filed later today in the above-captioned Actions. Because the parties have designated some of the documents filed as exhibits in support of the Motion as "Confidential" under the First Amended Protective Order, and because certain parts of the Motion may contain Non-Party Borrower Information (as defined in paragraph 2.8 of the First Amended Protective Order), FHFA is filing these documents with the Court under seal, pursuant to paragraph 9 of the First Amended Protective Order.

FHFA intends to propose redactions to certain of the materials filed in support of the Motion, and also wishes to give Defendants an opportunity to propose any redactions they think are necessary. To facilitate that process, FHFA respectfully requests that the parties be given until Friday, August 29, 2014, to meet and confer regarding proposed redactions, and that the parties file a joint submission to the Court on Friday, September 5, 2014, listing the proposed redactions to which neither party objects and those to which a party objects. Defendants consent to this proposed schedule.

Thank you for Your Honor's consideration of this submission.

*Granted.*

*[signature]*

*August 26, 2014*

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

Case 1:11-cv-06189-DLC   Document 941   Filed 08/25/14   Page 2 of 2

Respectfully submitted,

*/s/ Philippe Z. Selendy*
Philippe Z. Selendy
Andrew R. Dunlap
David B. Schwartz
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*Attorneys for Plaintiff Federal Housing
Finance Agency*

CC: Counsel of record (via ECF)