**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7076**

WRITER'S INTERNET ADDRESS
**jordangoldstein@quinnemanuel.com**

August 27, 2014

<u>VIA ECF</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. HSBC N. Am. Holdings Inc.*, No. 11 Civ. 6189 (DLC) (S.D.N.Y.)

Dear Judge Cote:

We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding the following motion that FHFA will submit to the Court today, August 27, 2014, in connection with the above-referenced action: Plaintiff FHFA's Motion to Exclude the Testimony and Opinion of Defendants' Expert Walter N. Torous (the "Motion").

Because materials referenced in and attached to the Motion contain information designated by the parties as "Confidential" or "Highly Confidential" pursuant to the First Amended Protective Order, we request that the Court provide the parties until August 29, 2014, to meet and confer regarding proposed redactions, and jointly submit to the Court a list of proposed redactions (if any) on September 2, 2014. Defendants have neither consented nor objected to the proposed schedule.

 /s/ Jordan A. Goldstein
Jordan A. Goldstein
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency
in FHFA v. HSBC N. Am. Holdings Inc.*

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS